Audrey A. Millemann, State Bar No. 124954
Louis A. Gonzalez, State Bar No. 157373
**WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN**
Law Corporation
400 Capitol Mall, 11th Floor
Sacramento, CA  95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

Attorneys for Defendants and Third Party Plaintiffs
California Law Enforcement Association Long-Term Disability Benefit Plan,
California Law Enforcement Association, and
California Administration Insurance Services, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| William David Brown, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>California Law Enforcement Association Long-Term Disability Benefit Plan, California Law Enforcement Association, and California Administration Insurance Services, Inc.,<br><br>    Defendants. | Case No. 3:14-cv-03559-JCS<br><br>**DEFENDANTS' COUNSEL'S REQUEST TO APPEAR TELEPHONICALLY AT FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Date:            December 5, 2014<br>Time:           2:00 p.m.<br>Courtroom:  G<br>Judge:          Joseph C. Spero |
| California Law Enforcement Association Long-Term Disability Benefit Plan; California Law Enforcement Association, a California non-profit mutual benefit corporation; and California Administration Insurance Services, Inc., a California corporation,<br><br>    Third Party Plaintiffs,<br><br>v.<br><br>Oakland Police Officers' Association, a California unincorporated association,<br><br>    Third Party Defendant. | |

1  Counsel for Defendants and Third Party Plaintiffs California Law Enforcement
2  Association Long-Term Disability Benefit Plan, California Law Enforcement Association,
3  and California Administration Insurance Services, Inc., respectfully requests that the
4  Court permit counsel to appear by telephone at the further Case Management
5  Conference set for December 5, 2014 at 2:00 p.m. due to the travel time and cost
6  involved in the appearance.  Counsel Audrey A. Millemann has a direct landline
7  telephone at (916) 558-6033 and will be available to receive the Court's call at
8  2:00 p.m. or anytime thereafter at the convenience of the Court and other counsel.
9  Counsel apologizes for the late notice.

Respectfully submitted,

Dated:  December 4, 2014    **WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN**
Law Corporation

By:   /s/Audrey A. Millemann
Audrey A. Millemann
State Bar No. 124954
Attorneys for Defendants and Third Party Plaintiffs
California Law Enforcement Association
Long-Term Disability Benefit Plan, California Law
Enforcement Association, and California
Administration Insurance Services, Inc.

Dated: 12/4/14

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Joseph C. Spero